IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LUIS FERNANDO TORRES RODRIGUEZ, § § § | |
| Petitioner, § | CIVIL ACTION NO. H-25-5036 |
| v. § § | |
| KRISTI NOEM, Secretary, U.S. § Department of Homeland Security, *et al.*, § § | |
| Respondents. § | |

**FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Order entered on November 3, 2025, the court granted in part Luis Fernando Torres Rodriguez's habeas petition. (Docket Entry No. 5). The court ordered the parties to provide the court with a status update on his bond hearing no later than November 17, 2025. (*Id.*). On November 17, 2025, the parties reported that on November 12, 2025, a new custody determination hearing was held under 8 U.S.C. § 1226 and the immigration judge issued an order granting Torres Rodriguez a $5,000 bond. (Docket Entry No. 8). Following the court's order and the grant of the bond, no live claims remain in the case.

This is final judgment.

SIGNED on December 16, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge